3

SAMPLE #2

**FILED**

MAY 31 2019

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____N.V._____, DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

ANNETTA F. SYRUS, DECEASED )
CHARLES A. SYRUS JR. )
)
Plaintiff(s) )
) CIV 19 504 G
vs. ) CASE NO._____
)
(DEF)s #(1) NATIONAL BASKETBALL ASSOC. )
(DEF)s #(2) PROFESSIONAL BASKETBALL CLUB LLC. )
(DEF)s #(3) NBA TEAM PLAYERS UNION ASSOC. )
(DEF)s #(4) NBA'S GLOBAL ATTORNEY LAW FIRMS )
(DEF) #(5) U.S. MAGISTRATE JUSTICE GARY PURCELL )
DEFENDANT(S)

## COMPLAINT

(PL)s DEMAND AN ENBANC JURY TRIAL & COURT DATE FOR ORAL ARGUMENTS & REVERSE & REMAND REVIEW OF CASE# CIV-12-678R. DURING CASE# CIV-10-1116D [PROPER](F.R.CIV-P) RECEIVE (PL)s (IFP) IN 6 DAYS & (DEF)s WAS 7 DAYS LATE APPEARING & (10TH CIR) CASE# 11-6117, SAID:" ACCORDINGLY THERE IS NO TRADEMARK FOR US TO REVIEW". (PL)s WAS TRYING TO INFORM THE U.S. GOV'NT & STATE GOV'NT, OF OKC, OF (DEF)s ART 363-364 TRICKERYS AGAINST BOTH GOV'NTS. (PL)s 1ST AMEND COMPLAINT IS BASED ON THESE FACTS (DEF)s CONSPIRACY TO COMMIT VIOLATIONS WITH U.S. CONST CAUSES, (DEF)s USED EXECUTIVE PRIVILAGE TO PURPOSELY VIOLATE U.S. CONST'NL AUTHORITIES. (DEF) TOLD 2 ART(81) AMERICAN WITH DISABILITY'S " THE NBA HAS ALOT OF MONEY & THEY WILL FIGHT YOU!" (PL)s DEMAND TWO TRILLION) (DEF)s PULLED PREMEADITATED EVIL TRIGGERS OF PROBABLE CAUSE. (PL)s FILED (IFP) CASE # CIV-12-678R        THUR 6-14-12 AT 4:30 PM. (DEF)s WITHOUT BEING SERVED [PROPERLY] BY (PL)s OR U.S. MARSHALLS, RECEIVED (PL)s (IFP) FRP 6-15-12 BEFORE UNITED STATES CHIEF JUDGE OR ANY U.S. JUDGE OR ANY U.S. MAG JUDGE OVER NIGHT AT 1ST LIGHT WITHOUT TENDERING A [PROPER] WAIVER FOR SUMMONS. (DEF)s CALLED (DEF)#5 AS FRIENDS WHO KNOW ONE ANOTHER: [NOT] ON [NO] JUDICIAL CALENDER] NO EFC REQUEST OR WRITTEN REQUEST (DEF)s [MADE] A SPECIAL APPEARANCE (S.A.) WITH (DEF)#5 & MISUSED U.S. GOV'NT PROPERTY & JUDICIAL PROCESS WITH UNSWORN OATHS IN (DEF)#5 CHAMBERS DISCUSSING A PENDING IMPENDING, UPCOMING CASE & MATTER (DEF)s [MADE] WILLFUL, PERJURY-LIBEL, SLANDER, ILLEGAL (RICO) ON PURPOSE [ASSERTION] TESTIMONY WITH UNSWORN OATH'S, BREAKING FED & STATE ETHIC & LAWS EXCHANGING GIFTS WITH PRESENTS VIOLATING A U.S. MAG JUDGE AVAILABILITY & SWORN OATHS. (DEF)#5 GAVE (DEF)s LEGAL ADVICE IN THE CHAMBERS WHERE (DEF)s WROTE A WRITTEN OBJECTION WITHOUT TENDERING A [PROPER] SUMMONS FOR ANY OBJECTION. (DEF)s & NBA COMMISSIONER " ADAM SILVER" WITH GLOBAL FACTUAL WITNESSESS & ATTORNEYS [MADE] A ONE SIDE ORAL ARGUMENT PRETRIL CONFRENCE SUMMARY JUDGMENT HEARING MEETING WITHOUT ART(81) (PL)s OBJECTIONS OR WITNESSES. (DEF)#s TOLD (PL)s " ANYTHING ELSE NOT IN ITS PROPER FORM WILL BE DENIED." (DEF)s (S.A.) SHOULD'VE BEEN DENIED. ACTING AS (DEF)s FRIEND, ADVOCATE, ATTORNEY, (DEF)s VIOLATED MORE THAN 450 AUTHORITIES: U.S.C. TITLE 28.SEC 144, ART(2), U.S.C. TITLE 18-SEC(2) SEC (371) 4TH AMEND, 14TH AMEND, 6TH AMEND, U.S. FED CODE 2315, TO ADD WEIGHT TO (DEF)#s A U.S. PUBLIC OFFICER CAN BE IMPEACHED FOR FELONYS OR MISDEMEANORS FOR PROSECUTORIAL CRIMINAL NEGLIGENCE OBSTRUCTION OF JUSTICE. (DEF)s WHITE COLLAR CRIMES CONT [ESP] AFTER (S.A.) SEEN IN PUBLIC EVIDENCE SAILING LOVES CORPORATION & SPONCERS (PL)s ® TRADEMARK WRITTEN WORDS THAT WAS NOT YET READY FOR (DEF)s FINANCIAL USAGES UNTIL THE [PROPER] RELEASE FORMS WAS SIGNED BY (PL)s. (DEF)s ACTS FORGED & COUNTERFEITED FED & STATE GOV'NT SEALS PAIMING OFF (PL)s WORKS. ON PURPOSE; (DEF)s KNEW (FOR) ART 2201 ILL-GOTTEN GAINS. (DEF)s EXCESSIVE FORCE CREATED DANGEROUS SUPERIORITY CONSEQUENCES (PL)s WIFE SPIRIT & SOUL PLEADS & CRYS OUT LOUD FOR JUSTICE. (PL)s (IFP) SHOULD BE GRANTED. (PL)s REQUEST ART(3) GOV'NT PROTECTION AGAINST (DEF)s

NOTE: Your signature, address and phone number **must** appear at the end of each pleading.

"NO ONE WOULD TAKE OUR CASE" BUT MARY    CHARLES A. SYRUS JR.
MAHONY CLINIC, OAKWOOD SPRINGS MENTAL HEALTH,    ANNETTA F. SYRUS
& RED ROCK MENTAL HEALTH BEHAVIOR MEDICINE.    1025 N.W. 86TH ST #101
NO ONE HELP (PL)s BUT FED & STATE GOV'NT'S MEDICINE    OKLAHOMA, OK 73114
                                                (405) 436-9437 CELL#
                                                AGAINST (DEF)s 1-5

DEFENDING BUSINESS AND
WHITE COLLAR CRIME

BAILEY & ROTHBLATT

CRIMINAL PROCEDURE
CHECKLIST
VOL 1
5TH AMEND
2017-2018
THOMSON
REUTERS

FOR
MR. KENNETH HILL—
5-29-2019 THUR
9:30 AM
SUNNY DAY AFTER
WEEKS OF FLOODS. I'M
IN THE STATE OF
LIBRARY WITH JUDGE
OF JUDGE MR DIXON.
GOD BLESS YOUR WISDOM
(MAN) YOUR HONOR.
MY BLIND BLURRY GLOCOMA
EYES READ PAGES OF MR DIXON
WORD FOR WORD...
YOU BEEN ALL OVER THE LAW
AS I BEEN SEEKING AN
ATTORNEY FOR 11 YEARS &
NO-ONE WOULD TAKE OUR CASE (DEF
& KNOWINGLY FOR GRAND LARCENY
INDICTED TWO PART (81) PLDS.
I WISH (ONE) OF YOUR TRUE
UN-BIAS JUDGE'S OR JUSTICES
WAS HERE TO SEE (DEF)S PUTTING
TWO INNOCENT PEOPLE THRU (DEF)S
ILLEGAL (RICO) ACTS THAT ANY
REASONABLE PERSON OR JURY
CAN SEE.

THE PRIVILAGE AGAINST SELF-INCRIMINATION
(DEF)S STATEMENT DUE PROCESS
  "         "     MIRANDA
  "         "     RIGHT TO COUNSEL
  "         "     DERIVATIVE EVIDENCE
PRETRIAL IDENTIFICATIONS
RIGHTS OF INDIGENTS, VIOLATED ALL ABOVE
WITH (DEF)S IRREGULAR (S.A.) SPECIAL APPEARANCE; ALL (DEF)S
ADMISSIONS & CONFESSIONS AT (DEF)S (S.A.) SHOULD BE "(PL)S" FACTUAL
EVIDENCE AGAINST (DEF)S (HOW MANY TIMES DO (DEF)S MISTAKES
BECOME INTENTIONAL AGAINST (PL)S DISABILITIES.